[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 28.]

THE STATE EX REL. UNITED SCREW & BOLT CORPORATION, APPELLANT, *v.*
INDUSTRIAL COMMISSION OF OHIO, APPELLEE.
[Cite as *State ex rel. United Screw & Bolt Corp. v. Indus. Comm.*,
1998-Ohio-711.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 96-2183—Submitted August 19, 1998—Decided November 25, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 95APD10-1327.

————————————

*Calfee, Halter & Griswold* and *William L.S. Ross*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Dennis L. Hufstader*, Assistant Attorney General, for appellee.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————